# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGENE E ESCH                       JUDGMENT IN A CIVIL CASE

        v.

MICHAEL J ASTRUE                 CASE NUMBER: C07-5681JKA
Commissioner of Social Security Administration

____     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1.     The Court **AFFIRMS** the Social Security Administration's final decision and this matter is **DISMISSED** in favor of defendant.

May 14, 2008                                      BRUCE RIFKIN
                                                                            Clerk

                                                                        s/ D. Forbes
                                                                 By, Deputy Clerk